IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| JOSHUA BOGNER, | : | CIV. NO. 25-1113 (RMB) |
| | : | |
| Petitioner | : | |
| v. | : | **MEMORANDUM OPINION** |
| | : | |
| WARDEN RACHEL THOMPSON, | : | |
| | : | |
| Respondent | : | |

**IT APPEARING THAT:**

1. On or about February 10, 2025, Petitioner Joshua Bogner, a prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, seeking application of earned time credits under the First Step Act ("FSA") by the Federal Bureau of Prisons ("BOP"). (Pet., Dkt. No. 1.) Petitioner alleged he was entitled to accrue FSA time credits beginning August 17, 2020. (*Id.* at 9.) After Petitioner paid the filing fee, the Court directed Respondent to file an answer to the petition. (Order, Dkt. No 3.)

2. On April 7, 2025, Respondent filed a letter brief, which asserts the habeas petition is now moot. (Letter Brief, Docket No. 7.) Respondent submitted the Declaration of Danielle DiBello, Case Management Coordinator with the BOP, FCI Fort Dix, which indicates that on March 10, 2025, BOP updated Petitioner's FSA Worksheet to reflect time credits earned beginning August 17, 2020, and resulting in application of 205 additional time credits applied toward Petitioner's early pre-release custody. (Declaration of Danielle DiBello ("DiBello Decl.") ¶ 5, Dkt. No. 5-1 and Exhibits 1-3.)

3. "If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot." *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir. 1996).

4. The petition no longer presents a live case or controversy. Therefore, the Court will dismiss this matter as moot.

An accompanying Order follows.

DATE: **April 22, 2025**

                                              s/Renée Marie Bumb
                                              RENÉE MARIE BUMB
                                              Chief United States District Judge